## ROAD NOTICES.

### Such notices must be signed.

IN the matter of a petition for a new public road, on proof of the form of notice, it appeared that the written notice of intention to prefer the petition, had no signature to it; and on this objection being made,

*The Court* said the notice must be by some one, and a paper without a signature could not be said to be a notice by any one of his intention to present a petition. They, therefore, held a signature to the notice necessary.